### UNITED FUEL GAS COMPANY
#### v.
#### Maurice HIENEMAN, and Opal Hieneman, His Wife, and Mollie Hieneman.

Court of Appeals of Kentucky.
Nov. 12, 1954.

J. K. Wells, Paintsville, for appellant.

Thomas E. Nickel and Oscar Sammons, Greenup, for appellees.

MOREMEN, Judge.

The appellant instituted this action to condemn a right of way 269 feet in length, comprising 0.43 acres, across a part of appellees' 35 acre tract of land in Greenup

County for a pipe line easement. The right of ways for other portions of this pipe line were involved in United Fuel Gas Co. v. Mauk, 272 S.W.2d 810, and United Fuel Gas Co. v. Hieneman, 272 S.W.2d 813.

The award of $145 by the commissioners for the easement area was, on appeal, increased by a judgment of the Greenup Circuit Court to $800—$300 for the easement area and $500 resulting damages to the remainder of the tract. As in the previous cases, this case was tried with the damages being the sole question.

The facts are essentially the same and the questions involved herein are almost identical with those involved in the two above cited cases.

Therefore, for the reasons given in, and upon the authority of, United Fuel Gas Company v. Mauk, 272 S.W.2d 810, and United Fuel Gas Company v. Heineman, 272 S.W.2d 813, the motion for an appeal is granted and the judgment is reversed.